Walter BROWN, Jr., Plaintiff–
Appellant,

v.

WOLFE, Police Officer, in his/her
individual capacity; et al.,
Defendants–Appellees.

No. 10–55500.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 18, 2012.*

Filed Sept. 26, 2012.

Walter Brown, Jr., Folsom, CA, pro se.

John M. Porter, Esquire, Lewis Brisbois
Bisgaard & Smith LLP, Christopher D.
Lockwood, Arias & Lockwood, San Ber-
nardino, CA, for Defendants–Appellees.

Before: LEAVY, PAEZ, and
NGUYEN, Circuit Judges.

MEMORANDUM **

Walter Brown, Jr., a California state
prisoner, appeals pro se from the district
court's summary judgment in his 42 U.S.C.
§ 1983 action alleging excessive force. We
have jurisdiction under 28 U.S.C. § 1291.
We review de novo. *Bruce v. Ylst,* 351
F.3d 1283, 1287 (9th Cir.2003). We affirm.

The district court properly concluded
that Brown's excessive force claims are
*Heck*-barred because success on Brown's
claims would necessarily imply the invalidi-
ty of his conviction for resisting arrest, as
that conviction was based on resistance in
response to defendants' allegedly excessive
force. *See Heck v. Humphrey,* 512 U.S.
477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383
(1994) (§ 1983 action that necessarily im-
plies the invalidity of plaintiff's conviction
must be dismissed unless the conviction
has been invalidated); *People v. Simons,*
42 Cal.App.4th 1100, 50 Cal.Rptr.2d 351,
355 & n. 5 (1996) (defendant cannot be
convicted of resisting arrest under Califor-
nia law unless the officer was acting law-
fully at the time); *see also Beets v. County
of Los Angeles,* 669 F.3d 1038, 1045 (9th
Cir.2012) ("Where a defendant is charged
with a single-act offense but there are
multiple acts involved each of which could
serve as the basis for a conviction, a jury
does not determine which specific act or
acts form the basis for the conviction.").

The district court did not abuse its dis-
cretion by denying Brown's motion to re-
consider its summary judgment because
Brown failed to establish any basis for
reconsideration. *See Sch. Dist. No. 1J,
Multnomah Cnty., Or. v. ACandS, Inc.,* 5
F.3d 1255, 1262–63 (9th Cir.1993) (review-
ing for an abuse of discretion and setting
forth grounds for reconsideration).

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.